1  Jessica L. Blome (Cal. Bar No. 314898)
   Lily A. Rivo (Cal. Bar No. 242688)
2  Richard A. Brody (Cal. Bar No. 100379)
   GREENFIRE LAW, PC
3  2748 Adeline Street, Suite A
   Berkeley, CA 94703
4  Ph/Fax: (510) 900-9502
   Email: jblome@greenfirelaw.com
5         lrivo@greenfirelaw.com
6         rbrody@greenfirelaw.com

7  *Attorneys for Plaintiff U.S. Right to Know*

8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA

11  U.S. RIGHT TO KNOW, a California Non-        Case No.: 3:26-cv-01293
    Profit Corporation,
12                                               **CORPORATE DISCLOSURE
                    Plaintiff,                   STATEMENT**
13
           vs.                                   Freedom of Information Act, 5 U.S.C. §
14                                               552 *et seq*
    NATIONAL ARHCIVES AND RECORDS
15  ADMINISTRATION,

16                  Defendant.

17
18
19
20
21
22
23
24
25
26
27
28