1  Jessica L. Blome (Cal. Bar No. 314898)
2  Lily A. Rivo (Cal. Bar No. 242688)
   Richard A. Brody (Cal. Bar No. 100379)
3  GREENFIRE LAW, PC
   2748 Adeline Street, Suite A
4  Berkeley, CA 94703
   Ph/Fax: (510) 900-9502
5  Email: jblome@greenfirelaw.com
            lrivo@greenfirelaw.com
6           rbrody@greenfirelaw.com

7  *Attorneys for Plaintiff U.S. Right to Know*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>            Defendant. | Case No.: 3:26-cv-01293<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS (Civil Local Rule 3-15)**<br><br>Freedom of Information Act, 5 U.S.C. § 552 *et seq* |

**PLAINTIFF'S LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Pursuant to Local Rule 3-15, Plaintiff U.S. Right to Know discloses that it is not aware of any conflict, financial or otherwise, that the Presiding Judge has with the parties to this litigation. U.S. Right to Know also discloses that, to the best of its current knowledge, no person, association(s) of persons, firms, partnerships, corporations (including but not limited to parent corporations), or any other entities, other than U.S. Right to Know or the parties to this litigation themselves, has a financial interest of any kind in the subject matter in controversy or in a party to the proceeding or any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: February 13, 2026                                Respectfully Submitted,

                                                  By:   */s/ Lily A. Rivo*
                                                        Jessica L. Blome
                                                        Lily A. Rivo
                                                        Richard A. Brody
                                                        GREENFIRE LAW, PC
                                                        2748 Adeline Street, Suite A
                                                        Berkeley, CA 94703
                                                        Telephone: (510) 900-9502
                                                        Email: jblome@greenfirelaw.com
                                                               lrivo@greenfirelaw.com
                                                               rbrody@greenfirelaw.com

                                                        *Attorneys for Plaintiff U.S. Right to Know*