Jessica L. Blome (Cal. Bar No. 314898)
Lily A. Rivo (Cal. Bar No. 242688)
Richard A. Brody (Cal. Bar No. 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: jblome@greenfirelaw.com
       lrivo@greenfirelaw.com
       rbrody@greenfirelaw.com

*Attorneys for Plaintiff U.S. Right to Know*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL ARHCIVES AND RECORDS ADMINISTRATION,<br><br>    Defendant. | Case No.: 3:26-cv-01293<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Freedom of Information Act, 5 U.S.C. § 552 *et seq* |

**PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff U.S. Right to Know discloses that it has no parent corporation, and no publicly-held corporation holds 10 percent or more of its stock.

Dated: February 13, 2026

Respectfully Submitted,

By: */s/ Lily A. Rivo*
Jessica L. Blome
Lily A. Rivo
Richard A. Brody
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Email: jblome@greenfirelaw.com
 lrivo@greenfirelaw.com
 rbrody@greenfirelaw.com

*Attorneys for Plaintiff U.S. Right to Know*