AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| U.S. RIGHT TO KNOW<br><br>*Plaintiff(s)*<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   3:26-cv-01293-LJC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. Pearl Ponce
Director
George W. Bush Presidential Library
2943 SMU Boulevard
Dallas, TX 75205

Ryan R. Raybould, U.S. Attorney
Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JESSICA L. BLOME (California State Bar No. 314898)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
NOTE: DEFENDANT'S ANSWER IS DUE 30 DAYS FROM RECEIPT OF THIS SUMMONS, 5 U.S.C. § 552(a)(4)(C).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

2/27/2026

*Mark B.Busby*

Date:   ~~02/12/2026~~

*Karen Horman*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

3:26-cv-01293-LJC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Dr. Pearl Ponce Director

was received by me on *(date)*  February 27, 2026  . George W. Bush Presidential Library

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Summons served pursuant to Federal Rule of Civil Procedure 4(i)(1)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  March 20, 2026

*Nuria de la Fuente*
*Server's signature*

Nuria de la Fuente, Office Manager at Greefire Law, PC
*Printed name and title*

2748 Adeline St. Suite A, Berkeley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:

ALERT: IMPACTS FROM SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES AND NOR…

# USPS Tracking®

FAQs ›

Tracking Number:                                                        Remove ✕

## 9589071052700024093894

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:12 am on March 6, 2026 in DALLAS, TX 75205.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

DALLAS, TX 75205
March 6, 2026, 10:12 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                    ﹀

USPS Tracking Plus®                                      ﹀

Product Information                                      ﹀

Se

Track Another Package

