UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.S. RIGHT TO KNOW,

        Plaintiff,

    v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

        Defendant.

Case No.  26-cv-01293-JSC

**CLERK'S NOTICE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 17

TO ALL PARTIES AND COUNSEL OF RECORD:

This action was reassigned to Judge Jacqueline Scott Corley for all-purposes. Please take notice that the initial case management conference is rescheduled to **May 13, 2026 at 2:00 p.m.,** by Zoom videoconference (**ZOOM Meeting ID:** 161 366 1817/**Password:** 924619) before Judge Jacqueline Scott Corley. A case management conference statement shall be filed seven days prior to the conference. Any request to reschedule the above date shall be made in writing, and, if possible, by stipulation. For a copy of Judge Corley's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.

Dated: March 30, 2026

Mark B. Busby
Clerk, United States District Court

By: _____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

United States District Court
Northern District of California