CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (415) 846-8947
    FAX: (408) 535-5081
    Douglas.Johns@usdoj.gov

Attorneys for Defendant

UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    Defendant. | CASE NO. 3:26-CV-01293-JSC<br><br>**DECLARATION IN SUPPORT OF STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Honorable Jacqueline Scott Corley<br>United States District Judge |

DECLARATION IN SUPPORT OF STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE
3:26-CV-01293-JSC

1

I, Douglas Johns, declare as follows:

1.      I am an Assistant United States Attorney and represent Defendant in the above-captioned matter. I am a member in good standing of the State Bar of California and the Bar of this Court. I am making this declaration under Rule 6-2 of the "Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California" in support of the parties' "Stipulated Joint Request for an Order Extending Defendant's Time to Respond to the Complaint and Continuing the Case Management Conference." The matters stated in this declaration are true of my own knowledge. If necessary, I could, and would, competently testify to them.

2.      I am lead counsel for Defendant. After being assigned this matter, I conferred with Lily Rivo, Esq. on March 31, 2026, after initially conferring with Jessica L. Blome, Esq. a few days earlier. We conferred about extending Defendant's time to respond to the complaint and continuing the case management conference for the reasons expressed in the stipulated joint request.

3.      There have not been any other time modifications in the case.

4.      The requested time modification would extend Defendant's time to respond to the complaint by 30 days. The requested time modification would continue the initial case management conference by approximately one month. The case does not have a case management schedule or order.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 31st day of March, 2026, in San Jose, California.

/s/ Douglas Johns
DOUGLAS JOHNS
Assistant United States Attorney

DECLARATION IN SUPPORT OF STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE
3:26-CV-01293-JSC