CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

     60 South Market Street, Suite 1200
     San Jose, California 95113
     Telephone: (415) 846-8947
     FAX: (408) 535-5081
     Douglas.Johns@usdoj.gov

Attorneys for Defendant

UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| U.S. RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    Defendant. | CASE NO. 3:26-CV-01293-JSC<br><br>**STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Honorable Jacqueline Scott Corley<br>United States District Judge |

STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE
COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE
3:26-CV-01293-JSC

1

Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate as follows:

1.  On February 12, 2026, Plaintiff filed its complaint for declaratory and injunctive relief. *See* Dkt. No. 1.

2.  Plaintiff's action arises under the Freedom of Information Act. *See generally* Dkt. No. 1.

3.  On March 5, 2026, Plaintiff served Defendant, and Defendant must respond to Plaintiff' complaint by April 6, 2026.

4.  On March 30, 2026, the Court issued an order scheduling the initial case management conference for May 13, 2026. *See* Dkt. No. 18.

5.  Under that order, the parties must file a case management statement by May 6, 2026.

6.  On March 31, 2026, the parties met and conferred and agreed that it would be reasonable and appropriate to extend Defendant's time to answer or otherwise respond to Plaintiff's complaint because counsel for Defendant needs additional time to prepare a response to Plaintiff's complaint.

7.  Counsel for Plaintiff and Defendant also conferred about extending Defendant's time to respond to the complaint and continuing the initial case management conference. The parties request additional time to explore those issues to allow Defendant more time to respond to the complaint, to allow Defendant additional time to investigate any potential search and potential production of potentially responsive documents, and to allow Defendant time to reassign the case because of personnel issues.

8.  Based on the meet and confer discussion of March 31, 2026, Plaintiff and Defendant agreed that Defendant would file a response to Plaintiff's complaint by May 6, 2026.

9.  Based on that meet and confer discussion, Plaintiff and Defendant propose that the initial case management conference be continued until June 17, 2026, at 2:00 p.m. in the afternoon.

10.  The parties have not previously modified or extended any deadlines. There have been no other time modifications in this case.

11.  The requested time modification would extend Defendant's time to respond to the complaint by 30 days. The requested time modification would continue the initial case management conference by approximately one month. The case does not have a case management schedule or order.

STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE
3:26-CV-01293-JSC

12. Pursuant to Civil L.R. 6-1(b) and Civil L.R. 6-2(a), the parties stipulate that the following deadlines are adopted such that the following new deadlines apply:

A. **May 6, 2026:** Defendant shall file a response to Plaintiff's complaint.

B. **June 10, 2026:** Plaintiff and Defendant shall file a joint case management statement in compliance with the Civil Local Rules and the Standing Order for All Judges of the Northern District of California.

C. **June 17, 2026:** initial case management conference at 2:00 p.m. to be held by Zoom videoconference.

13. In so stipulating, Defendant expressly reserves all arguments and defenses pertaining to responding to Plaintiff's complaint.

SO STIPULATED.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

DATED: March 31, 2026                 By:    */s/ Douglas Johns*
                                             DOUGLAS JOHNS
                                             Assistant United States Attorney
                                             Attorneys for Defendant


DATED: March 31, 2026                        GREENFIRE LAW, PC


                                      By:    */s/ Lily A. Rivo*
                                             JESSICA L. BLOME
                                             LILY A. RIVO
                                             RICHARD A. BRODY
                                             Attorneys for Plaintiff

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I, Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: March 31, 2026          By:    */s/ Douglas Johns*
                                      DOUGLAS JOHNS

STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE
3:26-CV-01293-JSC

3

## ~~PROPOSED~~] ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED:

A.      Defendant shall file a response to Plaintiff's complaint by May 6, 2026.

B.      Plaintiff and Defendant shall file a joint case management statement in compliance with the Civil Local Rules and the Standing Order for All Judges of the Northern District of California by June 10, 2026.

C.      Initial case management conference at 2:00 p.m. to be held by Zoom videoconference on June 17, 2026.

IT IS SO ORDERED.

_Jacqueline Scott Corley_
_____
HONORABLE JACQUELINE SCOTT CORLEY
United States District Judge

Dated: April 1, 2026

STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE
3:26-CV-01293-JSC

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (415) 846-8947
    FAX: (408) 535-5081
    Douglas.Johns@usdoj.gov

Attorneys for Defendant

UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    Defendant. | CASE NO. 3:26-CV-01293-JSC<br><br>**DECLARATION IN SUPPORT OF STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Honorable Jacqueline Scott Corley<br>United States District Judge |

DECLARATION IN SUPPORT OF STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE
3:26-CV-01293-JSC

1

I, Douglas Johns, declare as follows:

1.      I am an Assistant United States Attorney and represent Defendant in the above-captioned matter. I am a member in good standing of the State Bar of California and the Bar of this Court. I am making this declaration under Rule 6-2 of the "Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California" in support of the parties' "Stipulated Joint Request for an Order Extending Defendant's Time to Respond to the Complaint and Continuing the Case Management Conference." The matters stated in this declaration are true of my own knowledge. If necessary, I could, and would, competently testify to them.

2.      I am lead counsel for Defendant. After being assigned this matter, I conferred with Lily Rivo, Esq. on March 31, 2026, after initially conferring with Jessica L. Blome, Esq. a few days earlier. We conferred about extending Defendant's time to respond to the complaint and continuing the case management conference for the reasons expressed in the stipulated joint request.

3.      There have not been any other time modifications in the case.

4.      The requested time modification would extend Defendant's time to respond to the complaint by 30 days. The requested time modification would continue the initial case management conference by approximately one month. The case does not have a case management schedule or order.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 31st day of March, 2026, in San Jose, California.

/s/ Douglas Johns
DOUGLAS JOHNS
Assistant United States Attorney

DECLARATION IN SUPPORT OF STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE
3:26-CV-01293-JSC

2