Jessica L. Blome (Cal. Bar No. 314898)
Lily A. Rivo (Cal. Bar No. 242688)
Richard A. Brody (Cal. Bar No. 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
jblome@greenfirelaw.com
lrivo@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff*

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

*Attorneys for Federal Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

U.S. RIGHT TO KNOW,

Plaintiff,

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

Defendant.

CASE NO. 3:26-cv-01293-JSC

**STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING THE PARTIES' DEADLINE TO FILE A JOINT STATUS REPORT; [~~PROPOSED~~] ORDER**

Judge: Hon. Jacqueline Scott Corley

Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate as follows:

1. On February 12, 2026, Plaintiff filed its complaint for declaratory and injunctive relief. *See* Dkt. No. 1.

2. On May 6, 2026, Defendant filed its answer to the complaint. *See* Dkt. No. 24.

3. On July 29, 2026, this Court held an Initial Case Management Conference. The Court ordered the parties to submit a joint written status update every 60 days. *See* Dkt. No. 30 (Minute Entry).

4. On September 28, 2026, the parties filed a Joint Status Report. Dkt. No. 31.

5. On October 28, 2026, Defendant provided Plaintiff an informal status report.

6. In accordance with the Court's July 29, 2026, Order, the deadline for the parties to submit a

joint written status update is November 27, 2026. Dkt. No. 30.

7. The parties respectfully request that the Court extend the deadline for the parties to submit a joint written status update to December 1, 2026. This extension is requested due to the Thanksgiving holiday, November 26, 2026, and out-of-office scheduling for parties' counsel.

8. The 60-day deadline for the following status update will be calculated from the December 1, 2026, date.

9. The parties agree to meet and confer to attempt to resolve any issues and will bring any disputes that they cannot resolve to the Court's attention.

Respectfully Submitted,

DATED: November 23, 2026

GREENFIRE LAW, PC

*/s/ Lily A. Rivo*
JESSICA L. BLOME
LILY A. RIVO
RICHARD A. BRODY
Attorneys for Plaintiff

DATED: November 23, 2026

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Roman A. Swoopes*
ROMAN A. SWOOPES
Assistant United States Attorney
Attorneys for Federal Defendant

In compliance with Civil L.R. 5-1(i)(3), the filer of this document attests that counsel for all parties concur in the filing of this document.

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED:

A. The 30-day deadline for Plaintiff and Defendant to submit a joint written status update is extended from November 27, 2026, to December 1, 2026.

B. The 60-day deadline for the following status update will be calculated from the December 1, 2026, date.

IT IS SO ORDERED.

DATED: November 24, 2026

Jacqueline Scott Corley

HONORABLE JACQUELINE SCOTT CORLEY
United States District Judge